## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>WILLIAM CAMPBELL, an individual; HEATHER NOWSKE, an individual;<br><br>　　　　　　Defendants. | Case No.: 2:10-cv-0676-GMN-RJJ<br><br>ORDER |

     Before the Court is a Motion to Dismiss filed by Defendants Kenneth Ronald Slater, also known as Kenneth Slater, also known as Ron Slater and Norman Barton pursuant to Federal Rules of Civil Procedure 12(b)(6) and 11 U.S.C. § 524 and § 727 (ECF No. 13). Plaintiffs filed both a Response (ECF No. 20) and a Notice of Voluntary Dismissal as to Defendants Kenneth Slater, Norman Barton and Ron Slater on August 12, 2010 (ECF No. 19). Plaintiffs explain in their Response that they were not aware that these Defendants had filed bankruptcy at the time they filed their Complaint, but have now voluntarily dismissed the suit against them in light of such facts.

     Accordingly, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss (ECF No. 13) is **DENIED** as moot.

     DATED this 1st day of March, 2011.

_____
Gloria M. Navarro
United States District Judge