Adam P. Segal, Esq., Nevada Bar No. 6120
Jason S. Jeskey, Esq., Nevada Bar No. 11168
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM CAMPBELL, an individual; HEATHER NOWSKE, an individual; KENNETH SLATER, an individual; NORMAN BARTON, an individual; and RON SLATER, an individual,<br><br>Defendant. | Case No. 2:10-cv-00676-GMN-RJJ<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendants William Campbell, an individual ("Campbell"), and Heather Nowske, an individual ("Nowske") (collectively "Defendants"). Default having been entered against Defendants, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

///

///

///

1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendants, jointly and severally, in the amount of $174,096.83, representing unpaid employee benefit contributions, liquidated damages, interest, audit fees, and attorney's fees.

**DATED** this 20th day of June, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Jason S. Jeskey, Esq., Nevada Bar No. 11168
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20051\89\1503469.1